UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KEVIN LAPINE,                                        :
                           Plaintiff,                :         No. 5:15-cv-642
                    v.                               :
                                                     :
MATERION CORPORATION,                                :
                           Defendant.                :

**O R D E R**
**Materion Corporation's Motion to Dismiss, ECF No. 5- Granted in Part and Denied in Part**

**NOW**, this 21st day of July, 2016, upon consideration of Defendant's Motion to Dismiss

and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED**

**THAT**:

1.      Defendant's Motion to Dismiss, ECF No. 5, is **GRANTED in part and DENIED**

**in part**:

        A.      The motion to dismiss for lack of personal jurisdiction is granted, and this

action is **TRANSFERRED** to the United States District Court for the Northern District of Ohio;

        B.      The motion to dismiss for failure to state a claim is denied without

prejudice to refile in the transferee court; and

2.      The case is **CLOSED**.

                                        BY THE COURT:

                                        */s/ Jospeh F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge